## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MELVIN GARCIA # 01403-748**                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 1:17cv26-LG-RHW**

**FLOYD SPOTTS, et al.**                                    **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION,
## AND GRANTING MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the [52] Report and Recommendation of the

Magistrate Judge filed September 24, 2018, and after an independent review of the

record, a de novo determination of the issues, and consideration of Plaintiff's [54]

Response to the Report and Recommendation, and having determined that the

findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [47] Motion for Summary

Judgment filed by Defendants Floyd Spotts, Kerwin Blount, and Pease Sumrall, Jr.

is **GRANTED**.  Plaintiff's official capacity claims against Spotts, Blount and

Sumrall are **DISMISSED** with prejudice as barred by sovereign immunity.

Plaintiff's state law claims against Spotts, Blount and Sumrall are **DISMISSED**

with prejudice as barred by state law immunity.  Plaintiff's federal civil rights

claims against Sumrall are **DISMISSED** with prejudice pursuant to qualified

immunity.  Plaintiff's excessive force claims against Spotts and Blount shall

proceed.

**SO ORDERED AND ADJUDGED** this the 18th day of December, 2018.

_s/ Louis Guirola, Jr._

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE