IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELVIN GARCIA, #01403-748**                      **PLAINTIFF**

**v.**                      **CAUSE NO. 1:17-CV-26-LG-RHW**

**FLOYD SPOTTS, ET AL.**                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2019.

                                       s/ *Louis Guirola, Jr.*
                                       LOUIS GUIROLA, JR.
                                       UNITED STATES DISTRICT JUDGE